**FILED**

July 28, 2016

**OFFICE OF
APPELLATE COURTS**

STATE OF MINNESOTA

IN SUPREME COURT

ADM 09-8011

## ORDER PROMULGATING AMENDMENTS TO
## THE RULES OF NO-FAULT INSURANCE ARBITRATION PROCEDURE

The Minnesota Supreme Court Standing Committee on the Rules of No-Fault Insurance Arbitration has recommended that the American Arbitration Association ("AAA") be retained by contract as the arbitration organization that administers the day-to-day administration of arbitration under Minnesota Statutes § 65B.525 (2014), for the period August 1, 2016 through June 30, 2020, and the court has adopted that recommendation. The court has decided to increase the initial administrative fee due and payable at the time of filing of a petition.

IT IS HEREBY ORDERED that the attached amendments to the Rules of No-Fault Insurance Arbitration Procedure be, and the same are, prescribed and promulgated to be effective as of September 1, 2016. These amendments shall apply to all actions or proceedings commenced on or after the effective date.

Dated: July 28, 2016

BY THE COURT:



G. Barry Anderson
Associate Justice

1

*[Note: In the following amendments, deletions are indicated by a line drawn through the words and additions are indicated by a line drawn under the words.]*

## Rule 39.     Administrative Fees

The initial fee is due and payable at the time of filing and shall be paid as follows: by the claimant, $~~35.00~~40.00; by the respondent, $~~130.00~~150.00. In the event that there is more than one respondent in an action, each respondent shall pay the $~~130.00~~150.00 fee.

Upon review of a petition, if the arbitration organization determines that a claim was filed in error, the organization may require that payment of respondent's filing fee be assessed against the claimant.

The arbitration organization may, in the event of extreme hardship on the part of any party, defer or reduce the administrative fee.

1